preme Court, Appellate Division, Second Department. November 28, 1911.) Action by the Home Trust Company of New York against Georgia L. Collins, interpleaded, etc.

PER CURIAM. Motion denied, without costs, on condition that appellants perfect their appeal, place the case on the next calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

HONDELMAN, Respondent, v. BARRY et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 24, 1911.) Action by Fannie Hondelman against William F. Barry and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

HORST, Respondent, v. OREGON R. & NAVIGATION CO., Appellant. (Supreme Court, Appellate Division, First Department. January 12, 1912.) Action by Paul R. G. Horst against the Oregon Railroad & Navigation Company. J. A. Haughwout, for appellant. M. Stearns, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 131 N. Y. Supp. 1120.

HORST, Respondent, v. SOUTHERN PAC. CO., Appellant. (Supreme Court, Appellate Division, First Department. January 12, 1912.) Action by Paul R. G. Horst against the Southern Pacific Company. J. A. Haughwout, for appellant. M. Stearns, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 131 N. Y. Supp. 1120.

HORSTMAN, Appellant, v. CARMAN et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 24, 1911.) Action by John Horstman against Charlotte Carman and others. No opinion. Judgment of the Municipal Court affirmed, with costs.

HUTKOFF v. EIFERMAN. (Supreme Court, Appellate Term. December 22, 1911.) Appeal from Municipal Court, Borough of Manhattan, Sixth District. Action by Nathan Hutkoff against Jacob I. Eiferman. From a judgment of the Municipal Court of the City of New York for the plaintiff, defendant appeals. Modified and affirmed. S. Goodelman, for appellant. Samuel A. Berger, for respondent.

PER CURIAM. There was no evidence in this case which warranted the granting of a judgment for treble damages. The judgment must therefore be modified, by reducing the amount of recovery to the sum of $35. Judgment modified, by reducing the same to the sum of $35 and appropriate costs in the court below, and, as modified, affirmed, without costs of this appeal to either party.

IMBODEN, Respondent, v. JOHNSON, Appellant. (Supreme Court, Appellate Division, Second Department. January 5, 1912.) Action by David C. Imboden against Henry C. Johnson, Jr. No opinion. Judgment and order unanimously affirmed, with costs.

IRVING, Appellant, v. IRVING, Respondent. (Supreme Court, Appellate Division, Third Department. December 28, 1911.) Action by Edna M. Irving against Newell Irving. No opinion. Order affirmed, without costs.

JACKSON BROS. REALTY CO., Respondent, v. PHILLIPS, Appellant. (Supreme Court, Appellate Division, Second Department. November 28, 1911.) Action by the Jackson Bros. Realty Company against R. Oliver Phillips.

PER CURIAM. Motion denied, without costs, on condition that appellant perfect his appeal within 20 days, place the cause on the next calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

JEFFCOTT, Respondent, v. ROEBLING CONST. CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. January 12, 1912.) Action by Madlene Jeffcott, as administratrix, etc., against the Roebling Construction Company, impleaded with Daniel J. Ryan. No opinion. Judgment and order reversed, without considering the other questions involved, upon the ground of error in the charge of the trial justice at folios 183, 201, and 202, and new trial granted; costs to abide the event.

J. H. WHITE MFG. CO., Respondent, v. TEICHMAN, Appellant. (Supreme Court, Appellate Division, Second Department. January 12, 1912.) Action by the J. H. White Manufacturing Company against Samuel Teichman. No opinion. Order of the Municipal Court affirmed, with costs.

JOHN PIRKL IRON WORKS, Respondent, v. NATIONAL SURETY CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 24, 1911.) Action by the John Pirkl Iron Works against the National Surety Company. No opinion. Judgment and order affirmed, with costs.

JOHN REIS CO., Respondent, v. WHEELER, Appellant. (Supreme Court, Appellate Division, Second Department. November 24, 1911.) Action by the John Reis Company against Claude L. Wheeler. No opinion. Judgment of the Municipal Court affirmed, with costs.

JOHN REIS CO., Respondent, v. WHEELER, Appellant. (Supreme Court, Appellate Division, Second Department. December 8, 1911.) Action by the John Reis Company